

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

AUG 0 1 2016 DC.

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TREMAIN Tyrone WilliAMS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**FILED**
**8/23/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

16-cv-7782
**Judge Rebecca R. Pallmeyer**
**Magistrate Judge Jeffrey T. Gilbert**
**PC8**

Sheriff Tom Dart

Sgt. Crump (Div. 10)

Sgt. Doody (Div. 10)

Supt. Martinez (Div. 10)

Commander Clemmons (Div. 10)
Sgt. Majoch (Div. 10)
County of Cook

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**CHECK ONE ONLY:**

✓　　　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
　　　　　U.S. Code (state, county, or municipal defendants)

_____　　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
　　　　　28 SECTION 1331 U.S. Code (federal defendants)

_____　　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: Tremain Tyrone Williams

B.    List all aliases: N/A

C.    Prisoner identification number: 2014 121 3039

D.    Place of present confinement: Cook County Jail

E.    Address: P.O. Box 089002 Chicago, IL 60608 DIV 8-RTU-3H

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Sheriff Tom Dart

      Title: Sheriff of Cook County

      Place of Employment: Cook County Jail

B.    Defendant: Supt. Martinez

      Title: Superintendant of Div 10

      Place of Employment: Cook County Jail

C.    Defendant: Commander Clemmons

      Title: Commander of Div. 10

      Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

DEFENDANT (S)

D. Defendant : Sgt. Crump

Title : Shift Sgt. Div. 10

Place of Employment : Cook County Jail

E. Defendant : Sgt. Doody

Title : Shift Sgt Div. 10

Place of Employment : Cook County Jail

F. Defendant : Sgt. Majoch

Title : Shift Sgt. Div. 10

Place of Employment : Cook County Jail

G. Defendant : Sgt. Houston

Title : shift sgt. Div 10

place of employment : Cook County Jail

H. Defendant : Sgt : Schndis

Title : Shift sgt. Div 10

place of employment : Cook County Jail

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: (1) False Imprisonment /False Arrest # 15CV2078
(2) Excessv Force / incarcerted with Hepritis C detainee / No Case Number

B. Approximate date of filing lawsuit: (1) FEB. 2015 (2) on or about March, 2000

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: (1) SELF None
(2) SELF

D. List all defendants: (1) OFFicer SHAFFER + CHICAGO City of
(2) Correction officer Lt. Wave

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): (1) Northern District of Illinois (2) Northern District of Illinois

F. Name of judge to whom case was assigned: (1) Robert M. Dow Jr. (2) Don't remember.

G. Basic claim made: (1) False Arrest /False Imprisonment
(2) Police Brutality and Deliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (1) Dismissed with Prejudice
(3) Dismissed

I. Approximate date of disposition: (1) April 7, 2015 (2) on or about June 2000

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                    Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about Dec. 12th, 2014, I entered the cook county jail with a gunshot wound to the (L) calf just days before. I also had hip surgery about 20 years prior which made my (R) leg 2 inches shorter than my (L) leg. Upon examination by all the doctors during the intake process I was diagnosed with severe nerve damage to my (L) calf and as a result of my prior surgery and the fact that my (R) leg is 2 inches shorter than my (L) leg, I was given a cane and ordered "Use at all times" due to the severity of my physical disability. I was then sent to Division 10-4C for housing. Upon entering Tier 4C of Div. 10, my cane was immediatly confiscated by the tier officer (don't remember name) stating it was against Div.10's policy to allow canes or crutches onto the tier's deck for security reasons. I immediatly explained to this officer about my medical situation, that I needed my cane for support, and that I had a prescription for it. He stated that it didn't matter what I had and I couldn't have it on the deck. I had no choice but to relinquish my cane, without penalty of being written up and sent to the segregation deck for disobeying a direct order. I immediatly requested to speak to who ever was in charge. I had to endure the next 2 days in agonizing pain and discomfort by being forced to move about without the use of my medically prescribed cane. No one adhered to my pleas. On or about Dec 29th, 2014, during the 3pm to11pm shift, I informed the duty officer for tier 4C and the Sgt.

Revised 9/2007

in charge for this particular evening (I can't remember either's name) that I needed my cane because the pain was becoming unbearable and my equalibrium was off and it was hard to keep my balance while walking. I was denied. I needed to take a shower after talking with these officers and while bathing, I fell hard to the floor because I had nothing to hold on to for stability and balance, thus the reason for the cane. A stretcher was sent for me whereby I was transported to Cermak Health Services and I was treated for the fall, given x-rays and transferred to Div 8-RTU. This entire incident was recorded by the cameras on the tier where I fell. I remained in ~~Div 8-RTU~~ until on or about March 6th, 2015 when

I was subsequently sent back to Div. 10, along with a new prescription for a "cane use at all times", and housed on tier 3D. I never recieved any results of the x-rays taken from my fall, but I was, and still is, recieving medication for pain. Upon entering Div. 10-3D, again my cane was taken away from me.

While in Div 8-RTU, I started filing grievances for the treatment I recieved in Div 10, (see attached). I was sent back to Div. 10 anyway, after telling the doctors and nurses and officers of Div 8-RTU about my ordeal in Div. 10. If you look at the grievances I filed while in div. 8-RTU, you will notice that the responses were done by several different employees of the Cook County Jail, all different responses to the same complaint. Div. 10 even answered one and fabricated the truth to fit their needs. In fact, they lied.

Upon my return to Div. 10, I went through the exact same ordeal as before. I tried talking to every officer in Div 10 so they would understand the neccessity of my cane. No response. I filed several more grievances (see attached). I explained to Sgt. Houston and Officer Naussbum about my fall before and I needed my

(over)→

cane, especially in the shower. I had to go without a shower for a long period of time because I was afraid of falling again, but I had no choice, I went long enough without bathing. On or about May 2nd, 2015, I entered the shower on tier 3D, without my cane or anything else for support or balance and once again I slipped and fell, hard. There was no stretcher brought for me this time, in fact, I was forced to go to the dispensary on my own accord, but allowed the use of my cane. Nurse Torres tended to me but sent me back to my unit. I was not taken to Cermak or seen by any doctor. I fell again on May 3rd and May 4th of 2015 with the exact same results. No doctor, no treatment, No Cermak.

I fell again on May 25th, 2015. This was the last straw. I filed several grievances in the month of May, and before, and after but the responses were all lies. Prior to my fall on May 25th, I had talked personally to Sgt. Johnson, Sgt. Doody, Sgt. Crump, Commander Clemmons, and Supt. Martinez, and Officer Duran. Nothing was done. I was ignored and my pleas fell on unsympathetic ears. Time went on.

On or about Jan 20th, 2016, I was in Segregation, tier 1D in Div 10. I had court this day, but when I was transferred from tier 3D to 1D my cane was left behind. I spoke to a Sgt. Schnolis and two other officers (forget their names) that I needed my cane for movement. I spoke to Sgt. Majoch and he stated he would retrieve my cane for me, but he never did. I was not issued another cane by anyone in Div 10. and was forced to hobble from Div. 10 to Div. 8-RTU (1½ mile in distance) without any support or assistance. I complied.
one way

Upon return from court that afternoon, we were being led down the vestibule of two flights of stairs where we are always using, I lost my balance coming down the flight stairs and fell, hard.

After all the grievances and pleas to the powers that be, this was the last straw. My life was put in jeopardy because of the policies and indifferences of the Officers of Div. 10.

My Claim is this, because of the "deliberate indifference" of all parties involved in my ordeal, continuosly ignoring my pleas and the doctors orders for the use of my cane at all times, I fell and sustained several injuries not once, but 5 times. The injuries include, but not limit to, fluid on my (R) knee, chronic back pain, migrane headache, sleep depravation, vision impairment, leg pain (R)(L), force me to move about without my cane, nightmares of falling, and fatigue. This has been a strenuous ordeal because Sheriff Deputies decided that my health and doctors orders for treatment of my medical deficiencies did not factor in to their daily duties. I never should have been housed in Div 10 with my medical "special needs", and as a result of being housed in Div. 10, I was treated with tremendous "deliberate indifference". Please take notice of EXHIBIT A. The entire answer to my last grievance was a totally false statement. The answer was dated 4-12-16, I recieved it on 4-17-16 but their claim for the latest Alert is dated on a day that did not come yet, as of the dates of response which Revised 9/2007 is 4-30-16. Question, How can they make a claim about a date that hasen't come yet (18 days in the future).

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

As a result of all of these falls and my continuous denial of my cane by all the officers of Div. 10, I ask the court to hold them all accountable for my injuries requesting compensatory and punitive damages in the amount of $500,000.00 for "deliberate indifference". I also request pain and suffering damages in the amount of $1,000,000.00. I also request the policies of housing with "special needs" detainees be thoroughly investigated.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___17___ day of ___March___, 20_16_

___Tremain Williams___
(Signature of plaintiff or plaintiffs)

Tremain T. Williams
(Print name)

2014 121 3039
(I.D. Number)

P.O. Box 089002    Chicago IL. 60608
Div 8 - RTU - 3H
(Address)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

0440506

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #: NA

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Williams | Tromain | 201412130 39 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

190 medical prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):

Supt SRT4

DATE REFERRED: 01 / 2 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

SYSTEM CHECKED AND DOES NOT HAVE GRIEVING INMATE AS REQUIRING ANY ASSISTANCE OR ALERT FOR CANE. HE NEEDS TO PUT IN REQUEST TO SEE DOCTOR IN DISPENSARY

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| LT BOTIA | | 08 | 1 / 13 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ___ <br> ☐ NON-GREIVANCE SUBJECT CODE: ___ | Tromain Williams | 1 / 22 / 15 |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___ / ___ / ___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a):* | SIGNATURE *(Firma del Administrador o/su Designado(a):)* | DATE *(Fecha):* / / |
|---|---|---|
| | | |

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación):* / / |
|---|---|

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY - C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Williams
PRINT - FIRST NAME *(Primer Nombre):* Trennan
ID Number *(# de identificación):* 2014131305039

DIVISION *(División):* DIV 8/RTU
LIVING UNIT *(Unidad):* 3F
DATE *(Fecha):* 01 / I / 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

*Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
*Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
*Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control",*
*ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya): Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente*

I WAS SHOT IN MY ~~FOTA~~ LEG APPROXIMATELY DEC. 18, 2014. I WAS DIAGNOSED WITH NERVE DAMAGE, AND UNABLE TO WALK WITHOUT ASSISTANCE. I WAS ORDERED TO HAVE A CANE AT ALL TIMES WHEN I WAS TRANSFERRED TO DIVISION 10. AFTER BEING ASSIGNED TO 4C MY TIER OFFICER TOOK MY CANE, AND AFTER COMPLAINING OF INCREASING PAIN ON DEC. 29, ON 4C, AND THAT I WAS LOSING MY BALANCE, I WAS NOT GIVEN MY CANE, AND SUBSEQUENTLY FELL WHILE TRYING TO URINATE, AND WAS LEFT ON THE FLOOR WITH INJURIES TO

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*
MY BACK AND HEAD. ATTENTION TO MY MEDICAL ISSUES, AND REASONS WHY MY DOCTOR'S ORDERS WAS IGNORED, ALSO TO HAVE CONTROL # FOR FUTURE REFERENCE

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):* TIER OFFICER 4C 12/29/14

INMATE SIGNATURE *(Firma del Preso):* Trennan Williams

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): Musca
SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECEIVED: 01 /02 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: / /

FCN-47 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!**  *(! Para ser llenado solo por el personal de Program Services !)*

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Williams

PRINT - FIRST NAME *(Primer Nombre)*: Tremain

ID Number *(# de identificación)*: 2014/213039

DIVISION *(División)*: 8

LIVING UNIT *(Unidad)*: 3F

DATE *(Fecha)*: 1/25/2015

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident  -  Time of Incident  -  Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente  -  Hora Del Incidente  -  Lugar Específico Del Incidente)*

I am resubmiting the grievance I wrote on 1-1-2015 when I fell in the inmates bathroom on 12-29-2014 in div 10 4C due to staff negligence, deliberately ignoring my care after I told staff of my nerve damage & weak legs that were in pain. I recieved a response for my grievance I wrote on 1-14-2015 and I was not in agreement with the decision. So now I am seeking a better Response and a Control Number.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Tremain Williams

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): MSCa

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 1-29-15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

NA

**! This section is to be completed by Program Services staff - ONLY !** (! Para ser llenado solo por el personal de Program Services !)

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☑ SUPERINTENDENT: |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: |

200

Program Services Supervisor Approving Non-Grievance (Request) Signature

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): illiams

PRINT - FIRST NAME (Primer Nombre): Jidmaro

ID Number (# de identificación): 2014 /113039

DIVISION (División): Eight

LIVING UNIT (Unidad): 3-F

DATE (Fecha): 01-21-2016

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident  –  Time of Incident  –  Specific Location of Incident
(Por Favor, Incluya:  Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente

On December 29th 2014 1 about 8:00 pm I fell in the washroom from losing my balance trying to urinate. I was in Division 10-4-C. Due to the C.O. taking my cane from me after I had just informed the staff that I had to use my cane at all times. Due to me getting shot on December 12th 2014, which caused me some nerve damage also making it hard for me to stand up to long or even balance myself. The staff caused a black eye, a complete fall & suffer tremendously. After seeking help, I was left on the floor for 3 1/2 hours before help came, then I was sent to cermak were still I was never treated for any injuries causing me great pain.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado): I am requesting to see the Doctor. Due to the suffering pain & injuries caused by my fall.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso): Jiremaro Williams

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): WASCA | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1/6/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

| | CONTROL # | INMATE ID # |
|---|---|---|

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    *(! Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☑ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)*: |
|---|---|---|
| Williams | Tremain | 20141213039 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 10 | 3D | 5-25-2015 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 5-25-2015 | 6:37 PM | Div 10 3D Shower Area |

ON above date & Approximate time I inmate Tremain Williams fell in the Shower Area & hurt my head & back, I have spoken to the following officials, Commander clemons, Sgt Johnson, Lt Johnson, Sgt deady, Sgt houston, Supt Martinez, Sgt crump. I informed each of these officials that I am to have my cane at All times, to prevent falling, my requests have fall ON deaf ears, causing me to continue to suffer pains & falls.

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

To have my walking cane returned And to best nt sime where where I can have my cane, & medical attention

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Tremain Williams |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M | | 5-26-15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
☑ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Williams
PRINT - FIRST NAME *(Primer Nombre)*: Tremain
ID Number *(# de identificación)*: 2014 1213039

DIVISION *(División)*: Eight
LIVING UNIT *(Unidad)*: 3-F
DATE *(Fecha)*: 2/6/2015

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

On December 29th 2014 I fell in the inmates bathroom due to staff taking my walking cane that the doctor gave me, since that time I have been suffering from neck, back & headache pains, I was given an X-Ray thirty five days later & told that I may be sent to an outside Hospital, yet I remain in pain and still have not been treated with the proper medical attention, I am asking for immediate help! Please

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Tremain Williams

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): 
SIGNATURE: 
DATE CRW/PLATOON COUNSELOR RECEIVED: 2/9/15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): 
SIGNATURE: 
DATE REVIEWED: /  /

FCN-47 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

Code-190

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2016 x 0540

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Williams | Tremain | 2014121303_ |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190 Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

FALSE STATEMENT
2/10/16 ←

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): To RCH Supt.     DATE REFERRED: 2/11/16 ←

RESPONSE BY PERSONNEL HANDLING REFERRAL:
DETAINEE DID NOT HAVE AN ACTIVE ALERT IN CCOMS FOR A CANE ON 1/20/2016. HIS CANE ALERT EXPIRED 1/12/2016 AND ANOTHER ALERT WAS NOT ISSUED UNTIL (1/30/2016) ← FALSE STATEMENT (OBSERVE ALL DATES)

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV / DEPT. | DATE: |
|---|---|---|---|
| Lt. Kcedvkcl | P.C. 2a | 10 | 3/28/16 ← |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV / DEPT. | DATE: |
|---|---|---|---|
| Omni H. Johnson | Cmdr F.L. The CIM | CCHC/10 | 28/March/2016 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: _____

☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 4/12/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* ___/___/___ ← DATE OF APPEAL

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

## ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐    No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

Original Response to Stand - Issue re-addressed. VIA CCOMS

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE OF RESPONSE TO APPEAL | DATE *(Fecha):* 4/12/16 |
|---|---|---|---|
| J Muller | | | |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* ___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL # 20152716

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Williams | INMATE FIRST NAME *(Primer Nombre):* remain | ID Number *(# de identificación):* 2014 12 130 39 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 800 Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 3/27/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Records indicate an order for the cane. You were seen by provider on 5/21 and referred to orthopedics. Please keep all appointments.

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE: S. Shebel co

DIV. / DEPT.:

DATE: 6/3/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.:

DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):* remain Williams

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 6/15/5

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 6/15/15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):* I am consently falling & my leg, Back, & eye is in constant Pain, I am still subjected to being without my cane, and the doctors orders are to have cane at all times due to my nerve damage & bens in my other leg

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
☐ Yes (Sí)   ☑ No

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):* You do have a cane. May have cane at all times however cannot provide evidence to prove n disprove your allegations RE fabrication of staff

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* Susan Shebel

SIGNATURE *(Firma del Administrador o / su Designado(a)):* Susan Shebel RN

DATE *(Fecha):* 6/26/15

INMATE SIGNATURE *(Firma del Preso):* remain Williams

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):* 10/1/5

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

| This section is to be completed by Program Services staff - ONLY | *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☑ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Williams

PRINT - FIRST NAME *(Primer Nombre):*
Tremain

ID Number *(# de identificación):*
2014013039

DIVISION *(División):*
10

LIVING UNIT *(Unidad):*
3D

DATE *(Fecha):*
5/20/15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident   –   Time of Incident   –   Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

I am resubmitting this Grievance to obtain control number I never Mon 16 how recently 1/30 maj on the x 17 2x class 3 the 3 shift refused me to take out my walking cane I toad this officer that I need to keep my cane at all times due to my disability being a Dr has orders. I wrote and one refused to me my walking stick shift till 2 Th 38 Sgt Kennedy the 3 shift came up to 3D she ordered me to release my cane after I explained to her that I need to keep my cane at all times due to my medical issues she the officer won't reply to my walking stick back I was Sgt Kennedy was asst on 5/2/15 while in the tower booth since I left this walking stick 8 going my left o/c I have asked Sgt Crump the 3 Sgt Crump told me I would not have this walking back or have the same piece I can have my cane as the other inmates with disabilities have you have refused to give me my cane back causing me more pain to my legs 8 back with is the security to the me I have suffered.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*

To see a doctor about my pain in my legs 8 Back 8 to have my walking cane back

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*
Tremain Williams

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 5/26/15 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

(FCN-47)(NOV 11)   ● ━━ ▓ ━━    (WHITE COPY - PROGRAM SERVICES)     (YELLOW COPY - CRW/PLATOON COUNSELOR)     (PINK COPY - INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____

---

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:

☑ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Williams

PRINT - FIRST NAME *(Primer Nombre):*

ID Number *(# de identificación):*

DIVISION *(División):* 10

LIVING UNIT *(Unidad):* 3-C

DATE *(Fecha):*

---

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: *(Por Favor, Incluya:)* Date of Incident - *(Fecha Del Incidente)* - Time of Incident - *(Hora Del Incidente)* - Specific Location of Incident *(Lugar Específico Del Incidente)*

_____

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*

_____

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):*

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED:

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# INMATE GRIEVANCE FORM

(Oficina del Alguacil del Condado de Cook)

(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

## GRIEVANCE FORM PROCESSED AS:

- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

## REFERRED TO:

- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT:
- [ ] OTHER:

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): Williams
**PRINT - FIRST NAME** (Primer Nombre): Tremain
**INMATE BOOKING NUMBER** (# de identificación del detenido): 20141213039

**DIVISION** (División): TEN
**LIVING UNIT** (Unidad):
**DATE** (Fecha): 5-31-2016

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podria re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario *

**DATE OF INCIDENT** (Fecha Del Incidente):
**TIME OF INCIDENT** (Hora Del Incidente): 12:16
**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico Del Incidente): RTU Building Stairs

ON Above date at approximate time I indicated to Williams was heading to court as the pink dice that 7 to 3 shift that I had a walking cane that I needed it, I also informed Sgt. Schnolls 11 to 7 shift that she dedny my cane Neither of these Administrative office's gave me my cane as a result when I came back from court I slipped down the stairs I hurt my hand & back again, I had to be taking to cermak by transport office on work

### ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED (Acción que esta solicitado, Esta sección debe completarse)

to have my cane at "All" times as it is prescribed & to have medical attention about my back & hand

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información): Officy Gonzalez 7 to 3 shift

**INMATE SIGNATURE AND DATE:** (Firma del Preso/Fecha): Tremain William

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR** (Print):
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6/21/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – CRW/PLATOON COUNSELOR)**     **(PINK COPY – INMATE)**

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL # : NA

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* Williams
INMATE FIRST NAME *(Primer Nombre):* Tremain
ID Number *(# de identificación):* 2014 12 13039

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 330 Security Procedures

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: DIVISION
DATE REFERRED: 5/16/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Detainee was issued a cane after in ccoms 4/30/2015 and allowed his cane. His cane to detainee on 5/15 2015 and said he was treated for injuries.

PERSONNEL RESPONDING TO GRIEVANCE (Print): G. Rodriguez
SIGNATURE: 703
DIV./DEPT: 10
DATE: 5/15/2015

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV./DEPT: 10
DATE: 5/19/15

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:
INMATE SIGNATURE: Request to grieved 150 PM
DATE RESPONSE WAS RECEIVED: 5/21/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL: / /
INMATE'S BASIS FOR AN APPEAL:

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? ☐ Yes ☐ No
ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR / DESIGNEE:
SIGNATURE:
DATE:

INMATE SIGNATURE:
DATE INMATE RECEIVED APPEAL RESPONSE:

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

4 of 8
0440506

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #

2015x0783

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| WILLIAMS | Tremain | 20141213039 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

200 Medical treatment

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):

Cermak

DATE REFERRED: 2/10/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

According to our records, you were seen by a care provider on 02/03/15 and on 2/4/15 both of whom assessed you reviewed your X-ray results and put you on pain medication and

| PERSONNEL RESPONDING TO GRIEVANCE (Print): A.N | SIGNATURE: | DIV/DEPT. | DATE: 2/13/15 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV/DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Tremain Williams

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
2/25/2015

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

Yes *(Si)* ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* / / |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación):*
/ /

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

muscle relaxers. You saw a physical therapist on 2/11/15.

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVA

CONTROL #

*N/A*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Williams | Tremain | 2014121 3439 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190 Medical Prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak

DATE REFERRED: 5.13.15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Your at base line see

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: 12 5.15 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* ___/___/___

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* / / |
|---|---|---|

TURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación):* ___/___/___

11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

RETURN FROM RTU

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
☑ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Williams

PRINT - FIRST NAME *(Primer Nombre)*: Treman

ID Number *(# de identificación)*: 20141-

DIVISION *(División)*: 10

LIVING UNIT *(Unidad)*: 3D

DATE *(Fecha)*: 5/5/

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

In Division 10 on 3D At approximately 10:30am on April 27 2015 Officer down at the shift ordered me to turn over my walking cane, I ask multiple Clothed I use to keep my cane at all time due to my disability Brayburg Schelis orders, I ask to speak to a lieutenant it was request that that Lieutenant Johnson Ho3 & Sergeant Deady Ho3 shift came to 3D border of me to give up my cane - even after I informed them also that the doctors orders me use this walking cane at all times, on may 2nd 2015 while in the inmate bathroom on 3D I slipped & hurt my back in an awkward way & busted the top at my eye in a tear while I fall, even though C/o Nussbaum 3 to 11 shift sent me to see the nurse on the 2nd 15 ___ 1 may 2015, he too has refused to give me my walking cane - along with ___ Crump Ho3 Shift. Despite my constant pain & unstable balance ___ ___

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

To be seen by a doctor about my eye, back, & leg, and to have my walking cane returned

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Treman Williams

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print): McCoy

SIGNATURE: McCoy

DATE CRW/PLATOON COUNSELOR RECEIVED: 5/6/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: _/_/_

(FCN-47)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE    ☒ NON-GRIEVANCE (REQUEST)

CONTROL #
N A

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME: *(Apellido del Preso)* | INMATE FIRST NAME: *(Primer Nombre)* | ID Number: *(# de identificación)* |
|---|---|---|
| WILLIAMS | Tremain | 20141213039 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak    DATE REFERRED: 3/11/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
According to our records you have an upcoming appointment to see medical within two weeks

| PERSONNEL RESPONDING TO GRIEVANCE: (Print) A.N | SIGNATURE: | DIV. / DEPT. | DATE: 3/19/15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 4/10/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido)*: _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado/a?*
Yes *(Si)* ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso)*: | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su ap...)* / / |
|---|---|---|

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INM...

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL # N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Williams | Tremain | 20141213039 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak   DATE REFERRED: 3/25/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: According to your records you were seen by Medical on 3/31/15

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 4/1/015

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(SI)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | ___/___/___ |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su ap...:)* ___/___/___

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

044506

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #
NA

INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Williams | Yemin | 20141213039 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
530 Security Procedure

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):
Please see attachment regarding previous submission

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
Supt Div 10

DATE REFERRED:
1/30/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
There is No documentation of a fall in the shower by
inmate Williams on 12/29/14. The was No medical
Alert for a cane until 1/12/15.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Lt Mundt | | X 7-3 | 3/11/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | 10 | 3/12/15 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso):
Refuse to sign

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida):
3/19/15

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación:)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)
Yes (Si) ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):) | DATE (Fecha): |
|---|---|---|
| | | / / |

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE
(Fecha en que el preso recibió respuesta a su apelación):
_____ / _____ / _____

(FCN-48)(NOV 11)      (WHITE COPY – PROGRAM SERVICES)      (YELLOW COPY – C.R.W./PLATOON COUNSELOR)      (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #

0440506

NA

### INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Williams

INMATE FIRST NAME *(Primer Nombre):* Troman N

ID Number *(# de Identificación):* 2014 1213039

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Medical Treatment

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak

DATE REFERRED: 1/6/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Primary Care Clinic appt within a week. Please address your concerns during this visit

PERSONNEL RESPONDING TO GRIEVANCE (Print): A.N  SIGNATURE:  DIV./DEPT.  DATE: 01/07/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):  SIGNATURE:  DIV./DEPT.  DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): ☐ GRIEVANCE SUBJECT CODE: ☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 01/14/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):*  SIGNATURE *(Firma del Administrador o/su Designado(a)):*  DATE *(Fecha):*

INMATE SIGNATURE *(Firma del Preso):*  DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación):*

(FCN-48)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)

# Orders

Patient : WILLIAMS, TREMAIN
Address : ~~~~~~~~HSE
　　　　　CHICAGO, IL 60628
Phone : (773)~~~~~~

Med Rec # : 00154609z
DOB :
Sex : Male
Physician :

## Active Non−Medications

tion

al Health Classification
　P2 - Outpatient Mental Health, 12/23/14 13:34:00
　al Classification
　. - DXD Medical, 02/03/15 11:07:00
　CCDOC
　　/21/15 9:58:00, Cane, Routine, 52, WEEK, 05/19/16 9:57:00, allow at all times ── SECOND EVALUATION
　rders
　　· Orderable (generic) (AM labs, please give aM dose of Depakote after lab draw, thanks!)
　　03/15 6:00:00, Routine, AM labs, please give aM dose of Depakote after lab draw, thanks!, Stop Date/Time
　0./03/15 6:00:00
Nursing Orderable (generic) (AM Labs--give AM dose of Depakote after lab draw, thanks!)
　　08/19/15 6:00:00, Routine, AM Labs--give AM dose of Depakote after lab draw, thanks!, Stop Date/Time: 08/19/
　6:00:00

## Consults/Referrals

Referral to Psychiatry
　　Routine, 01/02/15 8:30:00
Referral to Physical Therapy
　　Priority, 12/25/14 0:00:00
Referral to Mental Health
　　Urgent, 05/08/15 0:00:00, HSR Follow Up, 05/08/15 0:00:00
Follow Up to Psychiatry
　　Routine, 12/21/15 8:30:00, 12/21/15 8:30:00
Follow Up to Psychiatry
　　Routine, 08/14/15 8:30:00, 08/14/15 8:30:00
Follow Up to Psychiatry
　　Routine, 02/17/15 8:30:00
Follow Up to Primary Care
　　Routine, 11/16/15 8:00:00, 11/16/15 8:00:00
Follow Up to Physical Therapy
　　Routine, 09/22/15 0:00:00, 09/22/15 0:00:00
Follow Up to Dental
　　Routine, 12/15/15 8:00:00, 12/15/15 8:00:00
Follow Up to Dental
　　Routine, 06/23/15 9:00:00, 06/23/15 9:00:00

PRIORITY MAIL

neopost
07/29/2016
US POSTAGE

$06.80

ZIP 61520
041L11240050

RECEIVED

AUG 01 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondance
United States District Court
219 So. Dearborn Street
Chicago, IL 60604

Tremain Williams K67325
Illinois River Corr Ctr
P.O. Box 999
Canton, IL. 61520



USPS TRACKING #

9114 9011 5981 8870 4370 82

Label 400 Jan 2013
7690-16-000-7948

Legal Mail
INSPECTED
U.S. Marshals

16-cv-7782
Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey T. Gilbert
PC8

LEGAL MAIL